IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-541-FDW
(3:07-cr-97-FDW-1)

| | |
|---|---|
| THOMAS DONNELL SIFFORD, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on Petitioner's Motion to Vacate under the All Writs Act of 28 U.S.C. § 1651 or under a Writ of Habeas Corpus under 28 U.S.C. § 2241. (Doc. No. 1). Petitioner seeks relief under United States v. Simmons, 649 F.3d 237 (4th Cir. 2011), and Miller v. United States, No. 13-6254, 2013 WL 4441547 (4th Cir. Aug. 21, 2013). Petitioner seeks to have this Court vacate his 2008 convictions and corresponding 132-month sentence for possession with intent to distribute at least five grams of cocaine, under 21 U.S.C. § 841, and possession of ammunition by a convicted felon, under 18 U.S.C. § 922(g). See (Criminal Case No. 3:07cr97, Doc. No. 30: Judgment).

Petitioner has not signed the § 2241 petition under penalty of perjury. The Court will give Petitioner twenty (20) days to re-submit the petition signed under penalty of perjury, or the petition may be dismissed without further notice. Once Petitioner re-submits the petition signed under penalty of perjury, the Court will then order the Government to respond.

**IT IS, THEREFORE, ORDERED** that within twenty (20) days of service of this Order, Petitioner shall resubmit the petition, filed under penalty of perjury, or petitioner may face

1

dismissal of this action.

Signed: October 8, 2013

Frank D. Whitney
Chief United States District Judge